# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

SAM EDWARD THURMOND, SR.
ADC #127149                                                                                          PLAINTIFF

v.                                    4:17CV00314-JM-JTK

DELWIN ELKINS, et al.                                                                              DEFENDANTS

## **ORDER**

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that Defendants Conway Police Department and Keith Faulkner are DISMISSED with prejudice.

IT IS SO ORDERED this 9th day of June, 2017.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE