# EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

SAM EDWARD THURMOND, SR.
ADC #127149                                                                                     PLAINTIFF

V.                              CASE NO: 4:17CV00314 JM

DELLWYN ELKINS, *et al*.                                                                        DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that this case is DISMISSED without prejudice. The relief sought is denied.

IT IS SO ORDERED this 4th day of April, 2019.

_____
James M. Moody Jr
United States District Judge